# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

IN RE:  
JUAN ALBERTO ESCRIBANO  
*and* MIGDALIA ESCRIBANO

CASE NO. 6:19-bk-05880-KJ  
CHAPTER 7

    **Debtor.**
_____/

## MOTION TO TEMPORARILY VACATE DISCHARGE ORDER

COMES NOW, **LoanCare, LLC** by and through the undersigned counsel, and hereby moves to temporarily vacate the Discharge Order [**DE# 16**] entered on December 18, 2019, and in support states as follows:

1. On September 18, 2019, the Debtor filed for relief under Chapter 7 of the United States Bankruptcy Code.

2. On December 18, 2019, this Court entered a Discharge Order. [DE#14]

3. On December 26, 2019, Creditor filed a Reaffirmation Agreement between the Debtor and Creditor for property address 503 Pine Top Place, Kissimmee, Florida 34758. [DE#16].

4. Creditor moves to temporarily vacate the Discharge order to receive approval of the Reaffirmation and requests the Clerk to reissue the Discharge upon entry of order approving the reaffirmation agreement.

*Space intentionally Left Blank*

ALAW M# 19-021247

WHEREFORE, **Creditor** respectfully prays that the Court:

    A.    Enter an Order temporarily vacating the Discharge Order to receive approval of the Reaffirmation Agreement;

    B.    Reissue the Discharge Order after Reaffirmation Approval is entered;

    C.    Grant any other further relief that this Court deems just and appropriate.

Respectfully submitted,

/s/ *Jeffrey S. Fraser, Esq.*
Jeffrey S. Fraser, Esq.
FBN 85894
813-221-4743 ext. 2499

**ALBERTELLI LAW**
Attorney for Secured Creditor
PO Box 23028
Tampa, FL 33623
Facsimile: (813) 221- 9171
bkfl@albertellilaw.com
Alternate: jfraser@albertellilaw.com

ALAW M# 19-021247

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 27th day of December, 2019, I served a copy of the foregoing upon:

**SERVICE LIST**

Juan Alberto Escribano
503 Pine Top Place
Kissimmee, FL 34758

Migdalia Escribano
503 Pine Top Place
Kissimmee, FL 34758

Walter F Benenati
Walter F Benenati, Credit Attorney PA
2702 E Robinson Street
Orlando, FL 32803

*Trustee*
Arvind Mahendru
5703 Red Bug Lake Road
Suite 284
Winter Springs, FL 32708

*U.S. Trustee*
United States Trustee - ORL7/13
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801

/s/ *Jeffrey S. Fraser, Esq.*
Jeffrey S. Fraser, Esq.
FBN 85894
813-221-4743 ext. 2499

**ALBERTELLI LAW**
Attorney for Secured Creditor
PO Box 23028
Tampa, FL 33623
Facsimile: (813) 221- 9171
bkfl@albertellilaw.com
Alternate: jfraser@albertellilaw.com

ALAW M# 19-021247