[jiffyordnh] [Bench Order No Hearing +]

ORDERED.

**Dated: January 29, 2020**

*Karen S. Jennemann*
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

Juan Alberto Escribano

Migdalia Escribano

_____Debtor*_____/

Case No. 6:19−bk−05880−KJ
Chapter 7

## ORDER DENYING MOTION TO VACATE DISCHARGE

THIS CASE came on for consideration without a hearing of the **Motion to Vacate Discharge** (Doc. 17 ), filed by **Creditor LOANCARE, LLC** .

The Court having considered the record, the Motion to Vacate Discharge is Denied .

The Court in its discretion may file written findings of facts and conclusions of law at a later date.

Service Instructions:

Attorney Jeffrey Fraser is directed to serve a copy of this order on interested non−CM/ECF users and file a proof of service within three (3) days of entry of the order.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.